# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**London Division**

| | | |
|---|---|---|
| Carrie A. Lunsford | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.  6:17-cv-00326-KKC |
| | ) | |
| Experian Information Solutions, Inc. *et al.* | ) | |
|     *Defendants* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Please take notice that Plaintiff, Carrie A. Lunsford, has reached a settlement with Defendant Experian Information Solutions, Inc. Once the settlement is final, the parties will file a joint dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

    Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Carrie A. Lunsford*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*
*Carrie A. Lunsford*

## **CERTIFICATE OF SERVICE**

    This is to certify that I filed the foregoing via the Court's CM/ECF system on this 1st day of June, 2018, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiff*
*Carrie A. Lunsford*