UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| CARRIE A. LUNSFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:17-CV-326-CHB |
| | ) | |
| v. | ) | **ORDER DISMISSING CLAIMS WITH** |
| | ) | **PREJUDICE AS TO DEFENDANT** |
| PHOENIX FINANCIAL SERVICES, LLC, et al., | ) | **PHOENIX FINANCIAL SERVICES, LLC** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Carrie A. Lunsford and Defendant Phoenix Financial Services, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Phoenix Financial Services, LLC as evidenced by the signatures of counsel for the parties [R. 36], and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff Carrie A. Lunsford's claims against Defendant Phoenix Financial Services, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear her or its own costs. This Order does not affect, and is not intended to affect, plaintiff's claims against any other defendant in this action.

This the 3rd day of December, 2018.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY