# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**London Division**

| | | |
|---|---|---|
| Carrie A. Lunsford<br>　　*Plaintiff*<br><br>v.<br><br>Experian Information Solutions, Inc. *et al.*<br>　　*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  6:17-cv-00326-CHB |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

Please take notice that Plaintiff, Carrie A. Lunsford, has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ James H. Lawson
　　　　　　　　　　　　　　　　　**James H. Lawson**
　　　　　　　　　　　　　　　　　*Lawson at Law, PLLC*
　　　　　　　　　　　　　　　　　115 S. Sherrin Avenue, Suite 5
　　　　　　　　　　　　　　　　　Louisville, KY 40207
　　　　　　　　　　　　　　　　　Tel: (502) 473-6525
　　　　　　　　　　　　　　　　　Fax: (502) 473-6561
　　　　　　　　　　　　　　　　　E-mail: james@kyconsumerlaw.com
　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　*Carrie A. Lunsford*

　　　　　　　　　　　　　　　　　James R. McKenzie
　　　　　　　　　　　　　　　　　*James R. McKenzie Attorney, PLLC*
　　　　　　　　　　　　　　　　　115 S. Sherrin Avenue, Suite 5
　　　　　　　　　　　　　　　　　Louisville, KY 40207
　　　　　　　　　　　　　　　　　Tel: (502) 371-2179
　　　　　　　　　　　　　　　　　Fax: (502) 257-7309
　　　　　　　　　　　　　　　　　E-mail: jmckenzie@jmckenzielaw.com
　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　*Carrie A. Lunsford*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 25th day of January, 2019, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I served the foregoing this 25th day of January, 2019 via regular U.S. Mail, postage prepaid, upon the following:

Equifax Information Services, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

                              /s/ James H. Lawson
                              James H. Lawson
                              *Counsel for Plaintiff*
                              *Mary Littral*
                              .