# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Carrie A. Lunsford )<br>  *Plaintiff* )<br> )<br>v. )<br> )<br>Experian Information Solutions, Inc. *et al.* )<br>  *Defendants* )<br> ) | Case No.  6:17-cv-00326-KKC |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Carrie A. Lunsford hereby gives notice that she is dismissing with prejudice her claims against Defendant Equifax Information Services, LLC in this action. Except as otherwise agreed, the parties shall each bear their own costs and fees.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Carrie A. Lunsford*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207

                                          Tel: (502) 371-2179
                                          Fax: (502) 257-7309
                                          E-mail: jmckenzie@jmckenzielaw.com
                                          *Counsel for Plaintiff*
                                          *Carrie A. Lunsford*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 19th day of February, 2019, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I served the foregoing this 19th day of February, 2019 via regular U.S. Mail, postage prepaid, upon the following:

Equifax Information Solutions, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

                                          /s/ James H. Lawson
                                          James H. Lawson
                                          *Counsel for Plaintiff*
                                          *Carrie A. Lunsford*