UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| CARRIE A. LUNSFORD | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:17-CV-326-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING CLAIMS WITH** |
| EXPERIAN INFORMATION | ) | **PREJUDICE AS TO DEFENDANT** |
| SOLUTIONS, INC., et al., | ) | **EQUIFAX INFORMATION** |
| | ) | **SERVICES, LLC.** |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Carrie A. Lunsford, has filed a notice of voluntary dismissal [R. 40]. Accordingly, it is **HEREBY ORDERED** that Equifax Information Services, LLC is **DISMISSED WITH PREJUDICE**. Except as otherwise agreed, each party shall bear their own costs and fees.

This the 19th day of February, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY